FILED 
11:26 am, 12/20/24
Margaret Botkins
Clerk of Court

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**MATTHEW SMITH,**<br>Defendant. | **CRIMINAL COMPLAINT**<br><br>Case Number: 24-MJ-132-ABJ |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about December 4 and December 5, 2024, in the District of Wyoming and within Indian Country, the Defendant, **MATTHEW SMITH**, an Indian, did knowingly assault L.B. which resulted in serious bodily injury to L.B.

In violation of 18 U.S.C. §§ 113(a)(6) and 1153.

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

*(See attached Sworn Statement)*

Continued on the attached sheet and made a part hereof.

Signature of Complainant
ADRIANNE N. CULVER

Sworn to before me and subscribed in my presence,

December 20, 2024            at       Lander, Wyoming
Date                                   City and State

HON. TERESA McKEE
United States Magistrate Judge
Name & Title of Judicial Officer          Signature of Judicial Officer

## AFFIDAVIT OF FBI SPECIAL AGENT ADRIANNE CULVER
## IN SUPPORT OF A CRIMINAL COMPLAINT

I, FBI SA Adrianne N. Culver ("Affiant"), being duly sworn, state as follows:

1. Your Affiant has been employed as a Special Agent of the FBI since July 2015 and is currently assigned to the Lander Resident Agency of the Denver Division of the FBI. Since beginning employment with the FBI, your Affiant has investigated violations of Federal law in various areas including Federal crimes within Indian Country. Your Affiant has attended training provided by the FBI and Bureau of Indian Affairs concerning investigations in Indian Country. Additionally, your Affiant has gained experience through training in seminars, classes and everyday work related to conducting these types of investigations. Your Affiant has been the case agent for numerous investigations in Indian Country.

2. The information contained in this affidavit is based upon interviews conducted by your Affiant and other officers and investigators; your Affiant's personal knowledge and observations; your Affiant's training and experience; personal conversations with other law enforcement officers; and review of reports, documents, and other records.

3. Since this affidavit is being submitted for the limited purpose of establishing probable cause to show that MATTHEW SMITH (Smith) committed violations of federal law, namely Assault Resulting in Serious Bodily Injury, in violation of 18 U.S.C. § 113(a)(6), your Affiant has not included each and every fact known concerning this investigation but has set forth only the facts your Affiant believes are necessary for this limited purpose.

## BACKGROUND OF INVESTIGATION

4. On December 5, 2024, at approximately 2:08 AM, your Affiant was contacted by Bureau of Indian Affairs (BIA) Wind River Police Department (WRPD) regarding an assault incident. L.B. reported that she was assaulted by her brother Matthew Smith, at her residence. Responding officers noted that L.B. had significant bruising and swelling of her face. L.B. was transported to SageWest Hospital in Riverton, Wyoming for medical treatment.

5. Your Affiant contacted L.B. at the hospital. L.B. stated that she and Smith were drinking vodka with a friend earlier in the evening. The friend departed, and later while L.B. was preparing to go to bed, Smith, who was intoxicated, came into L.B.'s room and began arguing with her. Smith then grabbed L.B. from behind and put her in a chokehold with his arm around her neck and caused her to lose consciousness. When L.B. regained consciousness, she was crawling toward her bedroom door. Smith grabbed her by her hair and threw her toward the back door, which was boarded up. L.B. started trying to fight back and was trying to get away from Smith and ended up on the ground. Smith pinned L.B. to the floor by sitting on her, and repeatedly pressed his forearm against L.B.'s throat until she could not breathe, while asking, "You wanna die, Bitch?" L.B. tried to tell Smith that she couldn't breathe, and Smith just laughed. Smith then put both his hands around L.B.'s neck and strangled her until she again lost consciousness. When L.B. regained consciousness, Smith was still sitting on her, striking her with his fists. L.B.'s dog was biting Smith, and L.B. kicked Smith and was eventually able to get away. L.B. ran to the nearest neighbor's house, but received no response, then ran to another

neighbor's house, where they called law enforcement. L.B. believed she may have broken her toe while kicking Smith, trying to get away from him.

6. When officers later responded to L.B.'s residence, they located Smith inside the residence and noted that he appeared to have blood on his hands. Officers did not locate anyone else at the residence. Smith was taken into Tribal custody.

7. Medical staff at SageWest Hospital later advised that L.B. suffered non-displaced rib fractures, a fractured toe, and damaged cartilage in her neck, as well as soft tissue swelling on her face.

8. Based on your Affiant's training and experience, strangulation, particularly strangulation resulting in the loss of consciousness, constitutes "serious bodily injury" as defined in 18 U.S.C. § 1365(h)(3)(A) by constituting a substantial risk of death to the victim.

9. Matthew Smith is an enrolled member of the Northern Arapaho Tribe, a federally recognized tribe.

10. The residence and property where the incident occurred, 185 Johnstown Valley Road, Kinnear, Wyoming, is located within the external boundaries of the Wind River Indian Reservation and is Indian Country as that term is defined for purposes of federal criminal jurisdiction.

**END OF AFFIDAVIT**

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | MATTHEW SMITH |
| **DATE:** | December 20, 2024 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:** | **18 U.S.C. §§ 113(a)(6) and 1153**<br>(Assault Resulting in Serious Bodily Injury)<br><br>0-10 Years Imprisonment<br>Up to $250,000 Fine<br>3 Years Supervised Release<br>$100 Special Assessment |
| **AGENT:** | Adrianne N. Culver, FBI |
| **AUSA:** | Kerry J. Jacobson, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 2 to 4 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | Yes |